FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 NOV -4 P 2: 19
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

\*

vs.

RECEIVED Case No. 13-2584BPG
USMS-PRIS OPS
BALTIMORE, MD

Andre Hunt

2013 OCT 32 P 4: 33

\*

\*\*\*\*\*\*

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☑ (1) This is a case in which the [government may properly seek detention] ~~or [the court may consider ordering detention sua sponte]~~.

☑ (2) The defendant is charged under: __18 USC S 841(a)(1) (PWID 1 Kilogram or more of heroin).__

☑ (3) The maximum term of imprisonment, if convicted, is: __life - min. mandatory 10 yrs BOP__

☑ (4) Based on the government's [proffer] ~~[evidence]~~ there is probable cause to believe that the defendant committed the offense(s) charged.

    ☑ The government is entitled to a presumption under § 3142 (e) [describe in Part II].

    ☐ The defendant has failed to rebut this presumption [as to flight risk] or [as to danger].

☐ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☑ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☑ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure ~~[the defendant's presence at trial or as otherwise required]~~ [community safety].

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

Although release conditions under BRA may later be fashioned if a suitable 3rd party custodian is approved by Pretrial, there is no one today to serve this role. Even in this presumption case, there are conditions of release to reasonably assure the safety of community by 24/7 lockdown at a suitable and approved residence. However, at this time, there are no conditions and/or combinations of conditions to reasonably assure community safety.

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

November 1, 2013
Date

_____
Timothy J. Sullivan
United States Magistrate Judge