PS 42
(Rev. 10/13)

# United States District Court
## DISTRICT OF MARYLAND

| United States of America | ) |
|---|---|
| vs. | ) |
| Andre Hunt | ) Case No. ELH 13-0628 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

U.S. Pretrial Services recommends the following modification of the above named defendant's conditions of release:

-that the condition requiring location monitoring be removed

Except as modified above, all release conditions previously imposed shall remain in full force and effect

Assistant U.S. Attorney Benjamin M. Block and Defense Counsel Richard C. B. Woods have no objections to this modification.

_____          3/6/2014
Signature of U.S. Pretrial Services Officer       Date

☑ The above modification of conditions of release is ordered, to be effective on __3/6/14__.

☐ The above modification of conditions of release is *not* ordered.

_____          3-6-14
Signature of Judicial Officer                 Date