PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| United States of America | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Andre Hunt | ) | Case No. 13-CR-00628-ELH |

## ORDER

U.S. Pretrial Services Pretrial Services respectfully requests authorization to immediately close interest in this matter due to the defendant's death.

_____   5/19/2015
Signature of U.S. Pretrial Services Officer       Date

_____   5/19/2015
Signature of Supervisory U.S. Pretrial Services Officer   Date

☐ The above modification of conditions of release is ordered, to be effective on _____.

☐ The above modification of conditions of release is *not* ordered.

_____   5/19/15
Signature of Judicial Officer         Date